IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

           Plaintiff,

                                              ORDER

   v.

                                            15-cr-56-wmc-1

KRISTOPHER D. WARREN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A hearing to consider the probation office's petition to modify Kristopher D. Warren's conditions of supervision was held today, June 23, 2015, before U.S. District Judge William M. Conley. The government appeared by Assistant U.S. Attorney Julie Pfluger. Defendant was present in person and by counsel, Joseph Bugni and Shelly Fite. Also present was U.S. Probation Officer Jelani D. Brown. In light of defendant's submission of a lengthy brief in response to that petition, the court will give the parties an opportunity to brief that many issues raised before deciding the merits.

BACKGROUND

The defendant was sentenced in the Central District of California on March 11, 2010, following his conviction for transportation of child pornography in violation of 18 U.S.C. § 2252(a)(2), a Class B felony (count one); and possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B), a class C felony (count two). He was committed to the custody of the Bureau of Prisons to serve a term of imprisonment of 60 months, with a 180-month term of supervised release to follow.

Defendant began his term of supervised release on December 29, 2014, in the Western District of Wisconsin. Jurisdiction was formally transferred to this district on

April 22, 2015. On May 20, 2015, the Western District of Wisconsin Probation Office petitioned this court to adopt 11 standard and 8 special conditions to govern defendant's supervised release in this district. (Dkt. #3.) Yesterday, on the eve of this hearing, defendant filed a 30-page response to that petition, objecting in whole or in part to most of the standard conditions and to all but three of the special conditions.

## CONCLUSIONS

For reasons explained on the record today in open court, the government will be given an opportunity to file a written opposition to defendant's many objections, as well as defendant an opportunity to reply. In advance of further briefing, the court will also require the parties and the probation office to meet and confer to determine if there are any areas of compromise.

## ORDER

IT IS ORDERED that:

1. Counsel for the government and defendant shall meet and confer with the probation office with regard to the disputed conditions on or before June 30, 2015.

2. Plaintiff may have until July 2, 2015, to file any opposition to defendant's response.

3. Defendant shall have until July 9, 2015, to reply.

4. Pending the court's final disposition of the probation office's petition, defendant is to continue on supervised release as previously ordered.

Entered this 23rd day of June, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2